01
02
03
04
05    UNITED STATES DISTRICT COURT
      WESTERN DISTRICT OF WASHINGTON
06                  AT SEATTLE

07  UNITED STATES OF AMERICA,           )   CASE NO. CR11-417 TSZ
                                        )
08         Plaintiff,                   )
                                        )
09         v.                           )   DETENTION ORDER
                                        )
10  ROXANNE MITCHELL,                   )
    a/k/a JUDY GEORGE                   )
11         Defendant.                   )
                                        )
12  _____

13  <u>Offenses charged</u>:   Wire Fraud (seven counts), Theft of Government Funds, Social

14  Security Number Misuse

15  <u>Date of Detention Hearing</u>:   July 24, 2012.

16         The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17  based upon the factual findings and statement of reasons for detention hereafter set forth,

18  finds that no condition or combination of conditions which defendant can meet will

19  reasonably assure the appearance of defendant as required.

20              <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

21         1.     Defendant acknowledges that, when she was arrested by Oregon Highway

22  Patrol, she and her boyfriend were "on the run," because in her culture it was unforgiveable

DETENTION ORDER
PAGE -1

11-CR-00417-PRO

for her to desert her husband.

2. The facts indicate she has used at least one alias, and probably more, in the recent past.

3. She has no stable address and is unemployed.

4. Since she has deserted her husband and their marriage, she has broken off any significant ties in this area.

5. The Indictment in this case was returned over six months ago. Law enforcement authorities have been unable to locate defendant during that period until she was stopped on a traffic charge.

6. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

DETENTION ORDER
PAGE -2

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 24 day of July, 2012.

John L. Weinberg
United States Magistrate Judge

DETENTION ORDER
PAGE -3